CHARLES WARD HALL, PETITIONER, v. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 11650. Promulgated February 2, 1927.

James H. Hoffnagle, Esq., for the petitioner.
A. H. Murray, Esq., for the respondent.

PHILLIPS: Petitioner appeals from the determination by the respondent of a deficiency of $2,516.37 in income tax for 1920, arising from the computation of a gain from the sale of certain real estate.

FINDINGS OF FACT.

In 1920 the petitioner sold 8 twenty-foot lots on Eastern Parkway, Brooklyn, N. Y., for $38,025. On March 1, 1913, the fair market value of such lots was $35,000. Said lots were acquired by the petitioner in 1903 and their cost was less than the March 1, 1913, value. Subsequent to March 1, 1913, petitioner paid $52.66 for assessments upon such lots for local improvements.

In 1920 petitioner sold for $9,650 a fifty-foot plot on the corner of President Street and Kingston Avenue, Brooklyn, N. Y., which property had a fair market value on March 1, 1913, of $12,500. Subsequent to March 1, 1913, the petitioner paid assessments upon such property of $752.08 for local improvements. Such property was acquired by the taxpayer in 1903 and the cost was less than the selling price.

In 1920 the petitioner sold a fifty-foot plot of land on President Street, Brooklyn, N. Y., for $10,745, which plot had a fair market value on March 1, 1913, of $9,000. Subsequent to March 1, 1913, the petitioner paid $565.45 for assessments upon said plot for local improvements. The property was acquired by the petitioner in 1903 at a cost less than the value on March 1, 1913.

Upon such sales, the petitioner realized taxable gains of $4,151.89.

*Decision will be entered on 20 days' notice, under Rule 50.*